**Opinion issued July 2, 2013.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00551-CV**

———————————

## IN RE HONORABLE CHRISTOPHER DUPUY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

The Honorable Christopher Dupuy has filed a petition for writ of mandamus challenging the trial court's denial of his motion to dismiss the underlying civil removal action.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Jennings, Huddle, and Brown.

---

[1] The underlying case is *State of Texas ex rel. Hughes v. Dupuy*, cause number 13-CV-0701, pending in the 10th District Court of Galveston County, Texas, the Honorable Robert J. Kern presiding.